**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>                                                   )<br>                        Plaintiff,     )<br>                                                   )<br>vs.                                              )<br>                                                   )<br>                                                   )<br>Francisco Aguilera-Montoya,     )<br>                                                   )<br>                        Defendant.  )<br>_____) | No. CV-12-898-PHX-NVW (LOA)<br>No. CR-11-1834-PHX-NVW (DKD)<br><br>**ORDER** |

      This 28 U.S.C. § 2255 matter is before the Court on the Government's Motion to Seal the Presentence Investigation Report ("PSR") prepared in case number CR-11-1834-PHX-NVW (DKD) for Defendant Aguilera-Montoya, the Petitioner herein. (Doc. 6) The Government seeks to have Defendant's PSR a part of this § 2255 record, but appropriately requests it be filed under seal because "the PSR contains personal and sensitive information regarding the defendant." *Id.* The PSR was sealed and lodged as Proposed Exhibit A. (Doc. 7) No response to the motion was filed. The Government does not desire the PSR be disclosed to any third party, but it also requests the sealing of "any orders based thereon." *Id.*

      "Presentence reports . . . are presumptively confidential and are generally not subject to disclosure to third parties." *United States v. Pike*, 2011 WL 4344017, at *2 (D.Nev. September 14, 2011) (citing Fed.R.Crim.P. 32(e)). "A district court has broad discretion to decide whether to order the disclosure of a PSR." *Id*. (citing *United States v. Gomez*, 323

1 F.3d 1305, 1307 (11th Cir. 2003)). "Courts are reluctant to release these reports to third
2 parties because of the possibility that it would have a chilling effect on the disclosure of
3 information that is used in a PSR." *Id.* (citing *United States Dep't of Justice v. Julian*, 486
4 U.S. 1, 12 (1988)).

5 Having reviewed the Government's Motion, and good cause appearing,

6 **IT IS ORDERED** that the Government's Motion to Seal the Presentence
7 Investigative Report in CR-11-1834-PHX-NVW (DKD), doc. 6, is **GRANTED** in part. The
8 Government's request that "any orders based thereon" also be sealed is **DENIED** without
9 prejudice as overly broad and future sealing orders must be on a document-by-document
10 basis.

11 **IT IS FURTHER ORDERED** that the Clerk of the Court is kindly directed to file
12 under seal the lodged sealed Exhibit A, doc. 7.

13 Dated this 27th day of August, 2012.

*(signature)*
Lawrence O. Anderson
United States Magistrate Judge